Roberto A. MARTINEZ, Petitioner,

v.

D.L. STINE, Respondent.

No. 4D16–1407.

District Court of Appeal of Florida, Fourth District.

July 13, 2016.

Roberto A. Martinez, South Bay, pro se.

No appearance for respondent.

PER CURIAM.

Petitioner seeks certiorari review of the circuit court's order dismissing, in part, and denying, in part, his habeas corpus petition. We redesignate the certiorari petition as a final appeal. *See Gibbs v. Stine,* 174 So.3d 649 (Fla. 4th DCA 2015). We treat the petition as an initial brief and summarily affirm. Fla. R. App. P. 9.315(a).

*Affirmed.*

GROSS, LEVINE and KLINGENSMITH, JJ., concur.